**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00046-CV

### IN RE MICHAEL C. WADE, Relator

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 051329**

## ORDER
Before Justices Bridges, Fillmore, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's January 12, 2017 petition

for writ of mandamus.


/s/  DAVID L. BRIDGES
    JUSTICE